UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
CIT BANK, N.A.,                                      Case No. 1:17-cv-03269

                              Plaintiff,

    -against-                                           **STIPULATION AS TO THE**
                                                        **SPECIAL MASTER'S FEE TO**
                                                        **COMPUTE**

ADELE ANADALORO, INDIVIDUALLY, AND AS
VOLUNTARY ADMINISTRATRIX OF THE
ESTATE OF DORA ANADALORO,

                              Defendants.
------------------------------------------------x

      **WHEREAS**, on January 11, 2019, the plaintiff CIT BANK, N.A. (hereinafter referred to as "the plaintiff") filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the appointment of a Special Master or referee to compute the amount due, and

      **WHEREAS**, the court granted the plaintiff's motion and appointed a Special Master in its Decision and Order dated February 9, 2021, in which Alexander Suslensky, Esq. was duly appointed Special Master to determine damages in the action, and

      **WHEREAS**, on November 4, 2021, the plaintiff moved for the appointment of substitute Special Master, which motion included a proposed order for the court to fix a fee of $350 be paid to the Special Master for the computation of the amount due to the plaintiff; and

      **WHEREAS**, on November 4, 2021, the court denied the plaintiff's motion for the appointment of substitute Special Master and directed the parties to submit a stipulation as to Mr. Suslensky's fee as Special Master by Friday, November 12, 2021 at 5:00 P.M,

      **THEREFORE**, the plaintiff and the appointed Special Master Alexander Suslensky, Esq. ("the Special Master") enter into this Stipulation as follows:

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiff and the Special Master as follows:

1. A fee of $350 shall be paid to the Special Master for the computation of the amount due to the plaintiff, and upon the filing of the Special Master's Report, the Special Master shall not request or accept additional compensation for the computation unless it has been fixed by the court.

2. In all other respects said Decision and Order dated February 9, 2021 shall remain in full force and effect

3. This Stipulation may be executed in counterparts. A facsimile or electronic copy of this stipulation may be deemed an original.

Dated: November 9, 2021

_____
Alexander Suslensky, Esq.
~~120 East 37th Street~~ 600 THIRD AVE, 2ND Floor
New York, New York 10016
(212) 929-7333

PINCUS LAW GROUP, PLLC
Attorneys for plaintiff

By: _____
~~Barry M. Weiss, Esq.~~ Kevin T. MacTiernan, Esq.
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902

SO ORDERED

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE