IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
_____

CIT BANK, N.A.,                      Civil No.: 1:17-cv-03269

             Plaintiff

-v-

ADELE ANADALORO, INDIVIDUALLY, AND AS VOLUNTARY ADMINISTRATRIX OF THE ESTATE OF DORA ANADALORO,
_____
_____
NOTICE OF APPEARANCE

George J. Weissinger, Esq. of Pincus Law Group, PLLC hereby enters an appearance as counsel on behalf of the Plaintiff, the CIT BANK, N.A..

                     PINCUS LAW GROUP, PLLC

June 28, 2024

                     BY:<u>/s/ George J. Weissinger</u>
                     George J. Weissinger, Esq.