UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CIT BANK, N.A.,

        Plaintiff,

        v.

ADELE ANDALORO, individually, and the
ESTATE OF DORA ANDALORO, by Adele
Andaloro, administratrix,

        Defendants.

**DECISION & ORDER**
17-CV-3269 (WFK) (RML)

**MORTGAGED PROPERTY**
26-07 160th St.
Flushing, NY 11358
COUNTY: Queens
BL: 4886-7

**Mortgage Servicer:**
NewRez, LLC FKA New Penn Financial, LLC
D/B/A Shellpoint Mortgage Servicing
55 Beattie :Place, Suite 100
Greenville, SC 29601
-----------------------------------------------------------------X

## JUDGMENT OF FORECLOSURE AND SALE

UPON the Summons, and Complaint filed in this action on May 31, 2017, and Notice of Pendency filed in this action on August 2, 2017, the Notice of Motion dated February 9, 2022, the affirmation by Barry M. Weiss, Esq., the affidavit of merit and amount due by Naomi Hernandez who is the Litigation Specialist of Gregory Funding LLC, duly sworn to on February 26, 2021, together with the exhibits annexed thereto, by all of which it appears to the satisfaction of this Court that the Plaintiff is in all respects entitled to a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and Section 1321 of the New York Real Property Actions and Proceedings Law, now upon the motion of the United States, and

UPON proof that each of the defendants herein has been duly served with the Summons

1

and Complaint in this action, and that Defendant ADELE ANADALORO, INDIVIDUALLY, AND AS VOLUNTARY ADMINISTRATRIX OF THE ESTATE OF DORA ANADALORO interposed an Answer which was stricken by Order dated February 9, 2021; and

Alexander Suslensky, Esq., having been appointed in the Order dated February 9, 2021 Special Master to compute the amount due to Plaintiff upon the bond/note and mortgage set forth in the Complaint and to examine whether the mortgaged property can be sold in parcels; and

UPON reading and filing the Report of Alexander Suslensky, Esq., Special Master, dated January 5, 2022 showing the sum of $1,076,328.94 due as of February 28, 2021 and that the mortgaged property should be sold in one parcel; and

UPON proof of due notice of this motion upon all parties entitled to receive same, and upon all the prior proceedings and papers filed herein;

NOW, on motion by Pincus Law Group, PLLC, attorney for the Plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that the motion is granted; and it is further

ORDERED, ADJUDGED AND DECREED that the Special Master's Report be, and the same is, hereby in all respects ratified and confirmed; and it is further

ORDERED, ADJUDGED AND DECREED that the caption shall be amended by substituting AJAX Mortgage Loan Trust 2020-A, Mortgage-Backed Securities, Series 2020-A in place and stead of CIT BANK, N.A.; and it is further

ORDERED, ADJUDGED AND DECREED that the caption shall be amended as follows:

---------------------------------------------------------------------------- X
| | |
|---|---|
| AJAX MORTGAGE LOAN TRUST 2020-A, MORTGAGE-BACKED SECURITIES, SERIES 2020-A, | INDEX NO.: Case No. 1:17-cv-03269 |
| Plaintiff(s), | |
| v. | |
| ADELE ANADALORO, INDIVIDUALLY, AND AS VOLUNTARY ADMINISTRATRIX OF THE ESTATE OF DORA ANADALORO, | MORTGAGED PROPERTY: 26-07 160th St. Flushing, NY 11358 |
| | COUNTY: Queens |
| | BL: 4886-7 |
| Defendant(s). | |

---------------------------------------------------------------------------- X

and it is further

ORDERED, ADJUDGED AND DECREED, as follow:

That the mortgaged property described in the Complaint and as hereafter described, or such part thereof as may be sufficient to discharge the mortgage debt, the expenses of the sale, and the costs of this action as provided by the RPAPL be sold, within 90 days of the date of this Judgment, in one parcel, at a public auction at the Supreme Court courthouse for the County of Queens, 88-11 Sutphin Boulevard, Jamaica, New York 11435, by and under the direction of Stephanie S. Goldstone, who is hereby appointed Special Master for that purpose, and is directed to make the sale of the mortgaged property.

That said Special Master give public notice of the time and place of sale as follows:

That the Special Master cause to be sent by mail, a copy of the Notice of Sale by depositing the same in a prepaid wrapper addressed to:

Adele Anadaloro, individually,
and as voluntary administratrix of
the estate of Dora Anadaloro

2607 160th St.
Flushing, NY 11358

Radow Law Group, P.C.
1010 Northern Boulevard, Suite 304
Great Neck, New York 11021

That the Special Master cause the Notice to be published once weekly for four consecutive weeks in a newspaper of general circulation published in Queens County, where the mortgaged premises are located. The Notice need not contain the full legal description of the property as set forth in Schedule A, but may refer to the property as 2607 160th St., Flushing, NY 11358.

That the Plaintiff or any other party to this action may become a purchaser on such sale.

That the Special Master shall execute to the purchaser on such sale a deed of the premises sold and upon receiving the proceeds of sale, forthwith pay the following items:

FIRST: The Special Master's statutory fees for conducting the sale, not to exceed $500.00;

SECOND: All taxes, assessments, and water rates that are liens upon the property and monies necessary to redeem the property from any sales for unpaid taxes, assessments, or water rates that have not become absolute, and any other amounts due in accordance with RPAPL §1354(2). Purchaser shall be responsible for interest and penalties due on any real property taxes accruing after the sale.

The Special Master shall not be responsible for the payment of penalties or fees pursuant to this appointment. The Purchaser shall hold the Special Master harmless from any such penalties or fees assessed;

THIRD: The expenses of the sale and the advertising expenses as shown on the bills presented and certified by said Special Master to be

correct, duplicate copies of which shall be annexed to the report of sale;

FOURTH: The Special Master shall then pay to the Plaintiff or its attorney the following:

Amount Due per Special Master's Report: $1,076,328.94 with interest at the note rate from February 28, 2021 until the Judgment is entered, together with any advances as provided for in the note and mortgage which Plaintiff has made for taxes, insurance, principal, and interest, and any other charges due to prior mortgages or to maintain the property pending consummation of this foreclosure sale, not previously included in the computation, upon presentation of receipts for said expenditures to the Special Master, all together with interest thereon pursuant to the note and mortgage, and then with interest from the date of entry of this judgment at the statutory rate until the date the deed is transferred;

Attorney Fees: $5,225.00 is hereby awarded to Plaintiff as reasonable legal fees herein, with interest at the statutory rate from the date of entry of this judgment;

That the Special Master or Referee take the receipt of the Plaintiff or its attorney for the amounts paid as hereinabove directed in item marked and file it with his Report of Sale;

If, after so applying the balance of the amount bid there shall be a surplus over and above the said amounts due to the Plaintiff, the Special Master upon delivery to it of said Special Master or deed, the amount of said surplus; and that the Special Master deposit said surplus in the Registry of this Court, to be withdrawn only on the order of this Court;

That the Special Master make his report of such sale and file it with the Clerk of this Court with all convenient speed; that if the proceeds of the sale be insufficient to pay the amounts herein directed to be paid to Plaintiff, with the expenses of the sale, interest, costs, and allowances, as aforesaid, the Special Master specify the amount of such deficiency in the Special Master's Report of Sale.

The purchaser on such sale shall be let into possession of the premises sold upon production of the Special Master or Referee's deed to such premises; and that it is still further

ORDERED, ADJUDGED AND DECREED that each and every one of the defendants in this action, and all persons claiming under them or any or either of them after the filing of the Notice of Pendency of this action, be and they are forever barred and foreclosed of all right, title, interest, claim, lien and equity of redemption in and to the mortgaged premises and each and every part and parcel thereof.

The description of the said premises is attached hereto as Schedule A, as previously stated herein.

If either party wishes for a different referee to be appointed, it must make such a request upon the court within fourteen days of entry of this order.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: August 2, 2024
Brooklyn, New York

SCHEDULE "A"

40-00000046

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of 160th Street, 70 feet wide, distant 38 feet southerly from the corner formed by the intersection of the easterly side of 160th Street with the southerly side of 26th Avenue, BO feet wide;

RUNNING THENCE easterly and parallel with 26th Avenue 100 feet;

THENCE southerly parallel with 160th Street, 38 feet;

THENCE westerly again parallel with 26th Avenue 100 feet to the easterly side of 160th Street;

THENCE northerly along the easterly side of 160th Street, 38 feet to the point or place of BEGINNING.

BLOCK: 4886 LOT: 7